[Cite as *State Farm Ins. v. Ohio Dept. of Transp.*, 2010-Ohio-4228.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

STATE FARM INS.

    Plaintiff

    v.

OHIO DEPT. OF TRANSPORTATION

    Defendant

   Case No. 2010-02561-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1}  On February 19, 2010, this court issued an entry requiring the corporate entity to obtain counsel, have counsel file a notice of appearance, and file an amended complaint.  Plaintiff was also ordered to pay the $25 filing fee or to submit a poverty statement.  Failure to comply with this entry in 30 days would result in a dismissal of this case.

{¶ 2}  A check of the docket reveals plaintiff has failed to comply with the court's entry of February 19, 2010.  Therefore, this case is DISMISSED without prejudice.  The court shall absorb the court costs of this case.

 

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

State Farm Insurance
A/S/O Scott A. Wells
P.O. Box 2371
Bloomington, Illinois  61702

DRB/laa
Filed 5/5/10
Sent to S.C. reporter 9/2/10